UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Earl Williams,

       Plaintiff,                                        Case No. 06-12381

v.                                                          Hon. Nancy G. Edmunds

Patricia Caruso, Director, Sherry Burt,
Warden, sued in their individual and
official capacity, and Ron Monroe, Dietician,
Sharon Fairbanks, Head Dietician, and Greg
Hissong, Food Director, sued in their individual
and official capacities,

       Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' motion for summary judgment is hereby GRANTED, and the case is hereby DISMISSED.

       SO ORDERED.

                                             s/Nancy G. Edmunds
                                             Nancy G. Edmunds
                                             United States District Judge

Dated: September 13, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 13, 2007, by electronic and/or ordinary mail.

                                             s/Carol A. Hemeyer
                                             Case Manager